RIDDLE PATENT LAW, LLC
CHARLES L. RIDDLE (*Pro Hac Vice*)
charles@charleslriddle.com
434 Lackawanna Ave., Suite 200
Scranton, PA 18503
T:  570-344-4439
F.  570-300-1606

THE LAW OFFICES OF THOMAS W. J. PURTELL
THOMAS W. J. PURTELL (SBN 229961)
tpurtell@thomaswjpurtell-law.com
534 Pacific Ave., Suite 200
San Francisco, California 94133
T:  415-722-6291
F:  415-834-5591

*Attorneys for Plaintiff*
OFFENSIVE SECURITY LIMITED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OFFENSIVE SECURITY LIMITED | Case No. 4:15-cv-00761-WHO |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | **F.R.C.P 41(A)(1)(A)(i)** |
| UDEMY, INC, | |
| Defendant. | |

### NOTICE OF DISMISSAL - F.R.C.P 41(a)(1)(A)(i)

Plaintiff, Offensive Security Limited, ("Offensive Security") by and through undersigned counsel, hereby files this Notice pursuant to F.R.C.P. 41(a)(1)(A)(i) that all claims against Defendant Udemy, Inc. are dismissed without prejudice.

1   WHEREFORE, Plaintiff Offensive Security Limited, pursuant F.R.C.P.

2   41(a)(1)(A)(i), files this voluntary dismissal and hereby dismisses the action.

3

4   Dated:  April 13, 2015

5
6                                          Respectfully Submitted,

7                                          **RIDDLE PATENT LAW, LLC**

8
9                                          By:      s/Charles L. Riddle/

10                                         Charles L. Riddle, Esq. (*Pro Hac Vice*)
                                           434 Lackawanna Ave.
11                                         Suite 200
                                           Scranton, PA 18503
12                                         (570) 344-4439 p.
                                           (570) 300-1606 f.
13                                         charles@charleslriddle.com

14                                         THOMAS W. J. PURTELL (SBN 229961)
                                           tpurtell@thomaswjpurtell-law.com
15                                         534 Pacific Ave., Suite 200
                                           San Francisco, California 94133
16                                         T:  415-722-6291
                                           F:  415-834-5591
17

18
                                           *Counsel for Plaintiff Offensive Security Limited*
19

20

21

22

23

24

25

26

27

2
**NOTICE OF DISMISSAL - F.R.C.P 41(A)(1)(A)(i)**
**4:15-cv-00761-WHO**